# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

Ja'kobe Maye
See Attached

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wayne Ivey, ET. AL.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:20-CV-755-ORL-18DCI

*(to be filled in by the Clerk's Office)*

2020 APR 30 PM 2:55

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ja'Kobe Maye
All other names by which you have been known:
ID Number:
Current Institution: Brevard County Jail
Address: 860 Camp Road
Cocoa (City) FL (State) 32927 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Wayne Ivey
Job or Title *(if known)*: Sheriff Brevard County
Shield Number:
Employer:
Address: Brevard County, State of Florida
700 park ave Titusville (City) FL (State) 32780 (Zip Code)
☑ Individual capacity ☑ Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City State Zip Code
☐ Individual capacity ☐ Official capacity

Plaintiffs

1. [signature] - Ja'kobe Moye
2. [signature] - FREDERICK MONROE
3. [signature] - John Becker
4. [signature] Greg Williams
5. [signature] Thomas J. Richards Jr.
6. [signature] Micah J. Johnson
7. [signature] David Harper
8. [signature] CHARLES. J. ENGEIKEN
9. [signature] Sean A. Taylor
10. [signature] Davon Francis

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendmant

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Discregard United States Constitution & CDC guidelines

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* __________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Brevard County Jail Between 2019 - 2020

# Ground One

Inmates at Brevard County Jail are housed in unsanitary Dormitories, (3) Three men occupy a(2) two man cell. for the purposes of cell cleaning, a broom, a mop and a bucket are placed into a 48 man dormitory; only on monday is the water clean and the mop head new, everyday after this both the mop head and the water within the bucket is filthy. It is impossible for all 16 cell to be cleaned in this fashion, and as a result, the dorm and cells are infested with Roaches, ants, and flying black bugs. Inmates are made to breath dust and allergens due to this administrations failure to have the A/C ducts cleaned periodically. There is mounds of dust on the exhaust vent covers as well as on the wall mounted mirror, light fixtures, etc., This Jail is filthy and this administration disregards inmates health issues where these issues are disregarded most mattresses have holes or tears in them and an inmates cannot be sure that his mattress is no habitat for insects. This Jail is unsanitary and as such it is in violation of contemporary standards of sanitary practices and a violation of the eighth Amendment of the U.S. Constitution.

# Ground TWO

Inmates are putin jeopardy where the medical staff nurses place 1 ounce cup half filled with water on the medication cart uncovered as medication is distributed to many inmates, as inmates are called to the cart some ask questions, reach over for blood pressure checks, argue or just talk, this practice is unsanitary as saliva is sometimes expelled from the mouth of both nurses, and inmates. During this world wide pandemic one would think that extra precautions would be in place, yet sometimes nurses do not even wear gloves while dispensing meditations. Every medication call a deputy leanes over the medication cart and yells for inmates to line up.

These unsanitary practices and shortcomings fall well below reasonable standards and place all inmates receiving medication in this Jail at serious risk of contamination due to shoddy medical distribution.

# Ground Three

The florida supreme Court has suspended Jury trials, and Speedy trials until further notice due to the public Health emergency that is the coronavirus.

In early April it was reported that some prisoners in Northwest florida had contracted the virus, within days, the Department of Corrections stated that at least (37) thirty seven Dept. of Corrections workers tested positive for covid-19.

Since these reports, (2) two of the prisoners have died and the virus continues to spread.

Brevard County Sheriff Wayne Ivey risks the lives of over (1500) fifteen Hundred inmates where he refuses to order his staff and employees to wear PPE^s personal protection equipment. Inmates can only be infected by staff as they go out in public and interact with potentially infected persons.

Inmates are helpless to protect themselves, and the wearing of mask by deputies and staff will allay the mounting fear that grips the inmate population.

Ground Three continued

In late april Sheriff Ivey announced that one of his deputies had worked the Easter weekend, went home, got tested, and was found to be infected with Covid-19.

Still, Sheriff Ivey risks the lives of every incarcerated persons by not following, practicle C.D.C guidlines of mandating that deputies nurses and staff must wear protective masks when im close proximity to the inmate population.

It is unreasonable for the sheriff and his administration to disregard the wearing of mask, and in order to quell the inmate concern over this issue, inmates have had their television viewing privileges shortened without Just cause.

Ground Four

In Brevard county Jail, inmates are housed (3) three Men in a cell which was designed for (2) two men. (16) Sixteen cells per pod totalling (48) forty-eight men per cell block.

With these dorms there is a push button callbox for inmates to contact the control tower technicians who relay messages to Deputies, or for these tower techs to unlock cell doors electronically.

For over (2) months, the callbox in 400 C-pod has been inoperable. Inmates have no reliable way to contact Deputies until deputies make their hourly walk through. this puts inmates at risk of harm from other inmates, Slip and fall incidents, Sexual assults, ect...

Jail Staff are responsible for inmate saftey and are liable for inmate injury due to negligence or a callous disregard for inmate saftey. Where Jail officials fail to have the inmate call box in working order inmates are placed ins Serious risk of injury.

C. What date and approximate time did the events giving rise to your claim(s) occur?

See grounds 1-4 (Attached)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See grounds 1-4 (Attached)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe and traumatic stress due to the deliberate withholding of important relevant medical information, Covid-19

Anxiety, fear of death due to inhuman conditions

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Federal Investigation of allegations appropiate punishment for violations. Punitive damages as the court deems just and Proper

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Brevard County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

See grounds 1-4 (Attached)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Time Constriants and Retaliation by Staff

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

family and other inmates they advised filling 1983

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Grievance procedure is unreliable at BCJ and results in retalitory actions by staff

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Ja'kobe Maye

   Defendant(s) State of florida

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Bay County florida

3. Docket or index number

   Don't know

4. Name of Judge assigned to your case

   Don't know

5. Approximate date of filing lawsuit

   Oct. 2018

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still pending

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/26/2020

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: JAKobe Moye

Prison Identification #: 4851863

Prison Address: 860 Camp Rd

Cocoa, FL 32927

City | State | Zip Code

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

City | State | Zip Code

Telephone Number: ____________

E-mail Address: ____________